# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-50094
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

July 24, 2018

Lyle W. Cayce
Clerk

BRANDI K. STOKES,

      Plaintiff - Appellant

v.

CHRISTOPHER LANCE CORSBIE; UNITED STATES OF AMERICA,

      Defendants - Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:17-CV-116

Before REAVLEY, GRAVES, and HO, Circuit Judges.

PER CURIAM:*

      The Appellant files to appeal the remand of the suit against Christopher Corsbie.

      Because the district court remanded for the reason that the removal conflicts with orders of the state court and involves domestic relations, and

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-50094

thus declining to take federal jurisdiction, the appeal will be dismissed because that judgment may not be appealed.  See 28 U.S.C. § 1447(d).

DISMISSED.